389 P.3d 137

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**Gene Angel MANCIA, Defendant–Appellant**

**NO. CAAP–14–0000794**

Intermediate Court of Appeals of Hawai'i.

February 6, 2017.

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT (FC–CR NO. 11–1–0364)

SUMMARY DISPOSITION ORDER

Vacated. Remanded.

389 P.3d 137

**IN the INTEREST OF IL**

**NO. CAAP-16-0000446**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, February 8, 2017.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-S NO. 14-00102)

SUMMARY DISPOSITION ORDER

Affirmed.

389 P.3d 137

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**Kathy Jo AKANA, also known as Kathy Jo Tamsing, Defendant-Appellant, and Allison Takumi Kudo, Defendant**

**NO. CAAP-15-0000306**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, February 13, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 14-1-0790)

SUMMARY DISPOSITION ORDER

Affirmed.

389 P.3d 137

**William MIDDLETON, Appellant-Appellant,**

v.

**STATE of Hawai'i, Department of Human Services, Appellee-Appellee**

**NO. CAAP-13-0002468**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, February 17, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 12-1-001196)

MEMORANDUM OPINION

Vacate. Remand.